# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700<br>
New York, New York 10007<br>
**Main** 212.571.0700<br>
**Fax** 212.505.2001<br>
www.fishertaubenfeld.com

Writer's direct dial: (212) 571-0700 ex. 102
Writer's email: michael@fishertaubenfeld.com

December 8, 2017

**VIA ECF**
Honorable Paul A. Crotty
United States District Judge
District Court of the Sothern
District of New York
500 Pearl Street
New York, NY 10007-1312

       Re: Kompan, Inc. v. Hanover Specialties, Inc.
       Case No.: 17-cv-02331 (PAC)

Dear Judge Crotty:

       We represent Defendant in the above referenced matter.  We are pleased to advise the Court that we have reached an agreement in principle to resolve this action.  The parties will reduce the settlement to writing and anticipate finalizing the settlement agreement and submitting to the Court a stipulation of dismissal by the end of December.

       In the interim, we respectfully request the Court to suspend the current briefing schedule with regard to Defendant's November 13, 2017 motion to transfer venue (Dkt. 26) as outlined in Plaintiff's November 30, 2017 letter to the Court and so-ordered by Your Honor on that date (Dkt. 31).  In the unlikely event that the parties fail to finalize their agreement in principle, the parties will request reinstatement of the briefing schedule on that motion.

       Thank you for your attention to the above.

       Respectfully Submitted,

       ----------------/s/------------
       Michael Taubenfeld (MT-4640)

cc:      David Gonzalez – Courtroom Deputy (David_C_Gonzalez@nysd.uscourts.gov)